■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEI CHEN, Appellant. [825 NYS2d 177]—Judgments, Supreme Court, New York County (Charles H. Solomon, J.), rendered on or about July 20, 2004, unanimously affirmed. No opinion. Order filed. Concur—Buckley, P.J., Tom, Mazzarelli, Williams and McGuire, JJ.